UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Larry Barber

          Plaintiff,

v.

Tim Horton Corporation, *et al.*

          Defendants.

_____/

Case No. 22-10665
District Judge Bernard A. Friedman
Magistrate Judge Jonathan J.C. Grey

## REPORT AND RECOMMENDATION TO DISMISS CASE

On March 28, 2022, Larry Barber filed a pro se action against Tim Horton Corporation and two John Does, alleging discrimination in violation of the Americans with Disabilities Act and Michigan Persons with Disabilities Civil Rights Act. (ECF No. 1.)

Judge Friedman directed the United States Marshals Service ("USMS") to effectuate service upon receipt of properly completed service documents. (ECF No. 6.) The Clerk's office cannot process service documents for unnamed defendants. Fed. R. Civ. P. 4(a)(1)(A) requires a summons to name the parties.

On May 17, 2022, the Court ordered Barber to provide the Court with the full names of the John Doe defendants by June 27, 2022. (ECF No. 10.) Barber failed to do so.

Barber provided the Clerk's Office with an international address for Tim Horton Corporation. However, the USMS cannot serve foreign corporations; Barber must effectuate service himself.

On June 14, 2022, the Court ordered Barber to serve Tim Horton Corporation and file proof of service of process with the Clerk's Office by August 29, 2022. (ECF No. 11.) Barber failed to do so.

On September 2, 2022, the Court ordered Barber to show cause by September 23, 2022 why the Court should not dismiss this case without prejudice for failure to effectuate service and failure to prosecute pursuant to Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 41(b), and Local Rule 41.2. As of September 26, 2022, Barber has not responded to the Court's order to show cause.

The Court **RECOMMENDS** dismissal of Barber's case for failure to effectuate service and failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 26, 2022    s/**Jonathan Grey**
Jonathan J.C. Grey
United States Magistrate Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2022.

s/ **S. Osorio**
Sandra Osorio
Case Manager
